898

no part in the consideration or decision of this application. *Martin J. Jarvis* for petitioners. *Dion R. Holm* and *John Elmer Barricklo* for respondents.

No. 411. WRATHER ET AL. *v.* AMERICAN UNIVERSITY ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. *James C. Wilkes* for petitioners. *E. F. Colladay* and *D. C. Colladay* for American University, *Paul B. Cromelin, Thomas M. Raysor* and *John B. Olverson* for the Lucy Webb Hayes National Training School for Deaconesses and Missionaries, and *Clyde D. Garrett* and *Andrew T. Altmann* for the Equitable Life Insurance Co., respondents.

No. 3, Misc. O'NEIL *v.* CRANOR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied. Petitioner *pro se. Don Eastvold,* Attorney General of Washington, and *E. P. Donnelly* and *Keith S. Bergman,* Assistant Attorneys General, for respondent.

No. 28, Misc. MICKENS *v.* VIRGINIA. Supreme Court of Appeals of Virginia. Certiorari denied. Petitioner *pro se. J. Lindsay Almond, Jr.,* Attorney General of Virginia, and *Thomas M. Miller,* Assistant Attorney General, for respondent.

No. 38, Misc. HODGES *v.* SKEEN, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied. Petitioner *pro se. John G. Fox,* Attorney General of West Virginia, and *T. D. Kauffelt,* Assistant Attorney General, for respondent.